```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    SEALED INDICTMENT

          -v.-                    :
                                       07 Cr. ___
MANUAL ANTONIO FELIZ-PENA,        :
   a/k/a "Miguel Feliz,"
   a/k/a "Tonin,"                 :

              Defendant.          :
- - - - - - - - - - - - - - - - x
```

**ORIGINAL**

**07 CRIM. 760**

COUNT ONE

The Grand Jury charges:

1.   From in or about 2003, up to and including in or about September 2006, in the Southern District of New York and elsewhere, MANUAL ANTONIO FELIZ-PENA, a/k/a "Miguel Feliz," a/k/a "Tonin," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that MANUAL ANTONIO FELIZ-PENA, a/k/a "Miguel Feliz," a/k/a "Tonin," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 5 2007

Overt Acts

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.  On or about July 13, 2006, MANUAL ANTONIO FELIZ-PENA, a/k/a "Miguel Feliz," a/k/a "Tonin," the defendant, spoke with a co-conspirator not named as a defendant herein over the telephone about the sale of ten kilograms of cocaine.

(Title 21, United States Code, Section 846.)

**Forfeiture Allegation**

4.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, MANUAL ANTONIO FELIZ-PENA, a/k/a "Miguel Feliz," a/k/a "Tonin," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

## **Substitute Asset Provision**

5. If any of the above-described forfeitable property, as a result of any act or omission of MANUAL ANTONIO FELIZ-PENA, a/k/a "Miguel Feliz," a/k/a "Tonin," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of MANUAL ANTONIO FELIZ-PENA, a/k/a "Miguel Feliz," a/k/a "Tonin," the defendant, up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853).

_____  _____
FOREPERSON                        MICHAEL J. GARCIA
                                  United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v -

MANUAL ANTONIO FELIZ-PENA,
a/k/a "Miguel Feliz,"
a/k/a "Tonin,"

Defendant.

**INDICTMENT**

07 Cr. ___

(Title 21, United States Code,
Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson