AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

United States
vs.
Manuel Antonio Feliz-Pena

**APPEARANCE**

Case Number: 07 CR 760 (JFK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Manuel Antonio Feliz-Pena

I certify that I am admitted to practice in this court.

8/27/2007
Date

*Signature*

Roy R. Kulcsar — rrk8079
Print Name — Bar Number

27 Union Square West
Address

New York | New York | 10003
City | State | Zip Code

(201) 446-0294 | (201) 439-1478
Phone Number | Fax Number