UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.

Manual Antonio Feliz-Pena,

    Defendant.

ECF CASE

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

`07 Cr. 760 (JFK)`

TO:   Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney respectfully request the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney for the
        Southern District of New York

      by:    Julian J. Moore  /s
        Assistant United States Attorney
        (212) 637-2473

TO:   Roy R. Kulcsar, Esq.