**SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-6-07**

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2007

**BY FAX**
The Honorable John F. Keenan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Manual Antonio Feliz-Pena**
      **07 Cr. 760 (JFK)**

Dear Judge Keenan:

The Government writes to inform you that the defense in the above-referenced case has requested an adjournment of the first pre-trial conference due to unforeseen family circumstances. The Government has no objection. Accordingly, both parties respectfully request that the pre-trial conference currently scheduled for September 11, 2007 at 9:45 a.m. be adjourned until September 27, 2007 at 11:00 a.m.

The Government respectfully requests that the Court exclude time until the date of the next pre-trial conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. Defense counsel consents to this request for the exclusion of time.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
JULIAN J. MOORE
Assistant United States Attorney
(212) 637-2473

cc:   Roy R. Kulcsar, Esq. (by facsimile)

*Application granted*
*So ordered*
*September 6, 2007*   *John F. Keenan*
                      *U.S.D.J.*

TOTAL P.02