**MEMO ENDORSED**

## ROY R. KULCSAR
Attorney at Law
27 Union Square West
Suite 503
New York, New York 10003

RrUlw@aol.com

Tel: (201) 446-0294
Fax: (201) 439-1478

(212) 805-7911
By Telecopier

JAN 29 2008

January 29, 2008

The Honorable John F. Keenan
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-30-08

Re: United States v. Manual Antonio Feliz-Pena
07 Cr. 760 (JFK)

Dear Judge Keenan:

I am taking the liberty of writing, with the consent of Assistant United States Attorney Julian J. Moore, to request an adjournment of the conference scheduled for January 31, 2008 until March 13, 2008 at 9:45 a.m.

I am requesting this adjournment because I am actually engaged on trial before the Hon. Deborah A. Batts in United States v. Winston Clarke, 05 Cr. 17 (DAB).

The adjournment will allow Mr. Moore and myself additional time that is needed to discuss outstanding issues in the hope of reaching a disposition.

Under the circumstances, I would ask that that period between January 31, 2008 and March 13, 2008 be excluded from calculation of speedy trial time pursuant to 18USC3161(h)(8)(A).

Thank you for you courteous consideration of this matter.

Most respectfully yours,

ROY R. KULCSAR

Cc: Julian J. Moore, Esq.
   Assistant United States Attorney
   By Telecopier (212) 637-2387

*Application granted*
*So ordered:* John F. Keenan
*January 30, 2008* U.S.D.J.