**ROY R. KULCSAR**
Attorney at Law
27 Union Square West
Suite 503
New York, New York 10003

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12-08

Rrklaw@aol.com

Tel: (201) 446-0294
Fax: (201) 439-1478

March 10, 2008

The Honorable John F. Keenan
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Manuel Antonio Feliz-Pena
07 cr 760 (JFK)</u>

Dear Judge Keenan:

I am taking the liberty of writing this Honorable Court to request an adjournment of Mr. Feliz-Pena's conference which is presently scheduled for March 13, 2008 until March 25, 2008 or such later date as may be convenient to the Court. I have spoken with Julian Moore, Esq. and obtained the Government's consent.

The adjournment will allow additional time to discuss plea negotiations in the hope of resolving this matter.

With the Government's consent, I respectfully request that this time be excluded pursuant to the Speedy Trial Act 18 USC 3161 (h)(8)(A).

Thank you for your courteous consideration of this request.

Most respectfully yours,

ROY R. KULCSAR

CC: Julian Moore, Esq
Assistant United States Attorney
BY TELECOPIER 212-637-2527

*Application granted. The conference is set for March 25, 2008 at 10:30 AM. So ordered. March 12, 2008.*
John F. Keenan
U.S.D.J.