UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA                    Docket No. 1:07-cr-0760

    -against-

**NOTICE OF APPEARANCE**

MANUAL ANTONIO FELIZ-PENA

-----------------------------------------------------------

TO:    CLERK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO [X] YES -IFYES
GIVE YOUR DATE OF ADMISSION: MO _July_  YR _1971_

I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _NEW YORK_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: NEW YORK, NEW YORK
        March 12, 2008

SIGNATURE _Martin L. Schmukler_ (MLS2464)

_Martin L. Schmukler_
Attorney for Defendant

_Martin L. Schmukler, P.C._
Firm name if any

_41 Madison Ave., Suite 5B_
Street address

_New York_    _New York_    _10010_
City    State    Zip

_(212) 213-9400_
Telephone No.