LAW OFFICES OF
**MARTIN L. SCHMUKLER, P.C.**
FORTY-ONE MADISON AVENUE
SUITE 5B
NEW YORK, NEW YORK 10010-2202

JUN 5 2008

(212) 213-9400
FAX: (212) 684-0620
E-MAIL: martins@mlspclaw.com

MEMO ENDORSED

June 4, 2008

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Rm 1930
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08

   Re: <u>United States v. Manuel Feliz-Pena</u>
     Indictment No. 07-cr-00760-JFK

Dear Judge Keenan:

Unfortunately a recent visit with my client was aborted when he apparently suffered a seizure. I am awaiting medical information from the institution before attempting to see him again and I am therefore requesting an adjournment to June 19th at 10:30 a date suggested by your deputy and agreed to by AUSA Julian Moore.

*[Handwritten: Application granted - Time is excluded. So ordered. John F. Keenan USDJ  June 5, 2008]*

Respectfully yours,

Martin L. Schmukler

MLS/lc
cc: AUSA Julian Moore (by fax)